**Order entered March 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01020-CV

### JERRY GRISAFFI, Appellant

### V.

### ROCKY MOUNTAIN HIGH BRANDS, INC. F/K/A REPUBLIC OF TEXAS BRANDS, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15441**

## ORDER

Appellant has filed an emergency motion to strike or decrease amount of security; to stay post judgment discovery and collection; and notice of trial court action. On our own motion, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than April 3, 2019, a supplemental clerk's record containing a copy of (1) the motion to determine the amount of bond, deposit, or security; (2) any response and reply; and, (3) the trial court's order. We further **ORDER** appellee to file any response to appellant's emergency motion no later than April 8, 2019.

We **STAY** post-judgment discovery and enforcement of the judgment pending our determination of appellant's emergency motion.

/s/     ERIN A. NOWELL
           JUSTICE